**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number *(if known)* _____

Chapter you are filing under:

■ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

## Official Form 101
# Voluntary Petition for Individuals Filing for Bankruptcy
**06/24**

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:   Identify Yourself

| | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1.  Your full name**<br><br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | **Alan**<br>First name<br><br>**Lee**<br>Middle name<br><br>**Isaacson**<br>Last name and Suffix (Sr., Jr., II, III) | <br>First name<br><br><br>Middle name<br><br><br>Last name and Suffix (Sr., Jr., II, III) |
| **2.  All other names you have used in the last 8 years**<br><br>Include your married or maiden names and any assumed, trade names and *doing business as* names.<br><br>Do NOT list the name of any separate legal entity such as a corporation, partnership, or LLC that is not filing this petition. | **Alan L. Isaacson**<br>**Alan Isaacson** | |
| **3.  Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | **xxx-xx-8715** | |

Debtor 1    **Alan Lee Isaacson**                                                                Case number *(if known)*

|  | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|
| **4.** Your Employer Identification Number (EIN), if any. | _____<br>EIN | _____<br>EIN |

**5.** Where you live

| | About Debtor 1: | If Debtor 2 lives at a different address: |
|---|---|---|
| | **2627 Peach Tree St.**<br>**Hemet, CA 92545**<br>Number, Street, City, State & ZIP Code | _____<br>Number, Street, City, State & ZIP Code |
| | **Riverside**<br>County | _____<br>County |
| | **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address. | **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address. |
| | _____<br>Number, P.O. Box, Street, City, State & ZIP Code | _____<br>Number, P.O. Box, Street, City, State & ZIP Code |

**6.** Why you are choosing *this district* to file for bankruptcy

*Check one:*

■ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

*Check one:*

☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

☐ I have another reason. Explain. (See 28 U.S.C. § 1408.)

_____

Debtor 1    **Alan Lee Isaacson**                                    Case number *(if known)*

| Part 2: | **Tell the Court About Your Bankruptcy Case** |
|---|---|

**7. The chapter of the Bankruptcy Code you are choosing to file under**

*Check one.* (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy (Form 2010)).* Also, go to the top of page 1 and check the appropriate box.

- ■ Chapter 7
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13

**8. How you will pay the fee**

- ■ **I will pay the entire fee when I file my petition**. Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

- ☐ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

- ☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

- ■ No.
- ☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

- ■ No
- ☐ Yes.

| Debtor | _____ | | | Relationship to you | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number, if known | _____ |
| Debtor | _____ | | | Relationship to you | _____ |
| District | _____ | When | _____ | Case number, if known | _____ |

**11. Do you rent your residence?**

- ■ No.    Go to line 12.
- ☐ Yes.    Has your landlord obtained an eviction judgment against you?

  - ☐ No. Go to line 12.
  - ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Debtor 1    **Alan Lee Isaacson**                                    Case number *(if known)*

---

| **Part 3:** | **Report About Any Businesses You Own as a Sole Proprietor** |
|---|---|

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

■ No.    Go to Part 4.

☐ Yes.    Name and location of business

_____
Name of business, if any

_____

_____
Number, Street, City, State & ZIP Code

*Check the appropriate box to describe your business:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

---

**13. Are you filing under Chapter 11 of the Bankruptcy Code, and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

*If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines.* If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ No.    I am not filing under Chapter 11.

☐ No.    I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I do not choose to proceed under Subchapter V of Chapter 11.

☐ Yes.    I am filing under Chapter 11, I am a small business debtor according to the definition in the Bankruptcy Code, and I choose to proceed under Subchapter V of Chapter 11.

---

| **Part 4:** | **Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention** |
|---|---|

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

*For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?*

■ No.

☐ Yes.    What is the hazard?    _____

If immediate attention is needed, why is it needed?    _____

Where is the property?    _____

_____
Number, Street, City, State & Zip Code

---

| Debtor 1 | Alan Lee Isaacson | | Case number *(if known)* | |
|---|---|---|---|---|

| **Part 5:** | **Explain Your Efforts to Receive a Briefing About Credit Counseling** |
|---|---|

| | **About Debtor 1:** | **About Debtor 2 (Spouse Only in a Joint Case):** |
|---|---|---|

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

*You must check one:*

■ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy. If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.**
 I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.**
 My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.**
 I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver credit counseling with the court.

*You must check one:*

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**

Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**

Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

 ☐ **Incapacity.**
 I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

 ☐ **Disability.**
 My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

 ☐ **Active duty.**
 I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1   **Alan Lee Isaacson**                                                  Case number *(if known)* _____

| Part 6: | **Answer These Questions for Reporting Purposes** |
|---|---|

**16. What kind of debts do you have?**

16a.   **Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.

■ Yes. Go to line 17.

16b.   **Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.

☐ Yes. Go to line 17.

16c.   State the type of debts you owe that are not consumer debts or business debts

_____

**17. Are you filing under Chapter 7?**

☐ No.   I am not filing under Chapter 7. Go to line 18.

**Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?**

■ Yes.   I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

■ No

☐ Yes

**18. How many Creditors do you estimate that you owe?**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**19. How much do you estimate your assets to be worth?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**20. How much do you estimate your liabilities to be?**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| Part 7: | **Sign Below** |
|---|---|

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11,12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

*Alan Lee Isaacson*

**Alan Lee Isaacson**
Signature of Debtor 1

Signature of Debtor 2

Executed on  **10/29/2024**
                MM / DD / YYYY

Executed on  _____
                MM / DD / YYYY

Debtor 1    Alan Lee Isaacson

Case number (if known)

---

**For your attorney, if you are represented by one**

**If you are not represented by an attorney, you do not need to file this page.**

I, the attorney for the debtor(s) named in this petition, declare that I have informed the debtor(s) about eligibility to proceed under Chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each chapter for which the person is eligible. I also certify that I have delivered to the debtor(s) the notice required by 11 U.S.C. § 342(b) and, in a case in which § 707(b)(4)(D) applies, certify that I have no knowledge after an inquiry that the information in the schedules filed with the petition is incorrect.

Date    10/29/24

Signature of Attorney for Debtor    MM / DD / YYYY

**ALEC HARSHEY, ESQ.**
Printed name

**LAW OFFICES OF ALEC HARSHEY**
Firm name

**901 S. STATE STREET, SUITE 400**
**HEMET, CA 92543**
Number, Street, City, State & ZIP Code

Contact phone    **(951) 658-2168**

Email address    alecharshey@verizon.net

**CA BAR #76712 CA**
Bar number & State

---

# STATEMENT OF RELATED CASES
## INFORMATION REQUIRED BY LBR 1015-2
## UNITED STATES BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA

1. A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, his/her spouse, his or her current or former domestic partner, an affiliate of the debtor, any copartnership or joint venture of which debtor is or formerly was a general or limited partner, or member, or any corporation of which the debtor is a director, officer, or person in control, as follows: (Set forth the complete number and title of each such of prior proceeding, date filed, nature thereof, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**Debtor, previously filed a Chapter 7 Petition on 09/24/2010 in the Central District of California, Riverside; Case Number: 6:10-bk-40903-CB; Discharge obtained on: 01/04/2011; Case Terminated on: 01/25/2011.**

**Debtor, previously filed a Chapter 7 Petition on 09/08/1993 in the Central District of California, Santa Ana; Case Number: 8:93-bk-19816-JB; Discharge obtained on: 01/14/1994; Case Terminated on: 01/19/1994.**

**(Debtor's counsel ran PACER searches using debtor's Social Security Number and Name - No previous filings were located.)**

2. (If petitioner is a partnership or joint venture) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor or an affiliate of the debtor, or a general partner in the debtor, a relative of the general partner, general partner of, or person in control of the debtor, partnership in which the debtor is a general partner, general partner of the debtor, or person in control of the debtor as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of the proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending and, if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

3. (If petitioner is a corporation) A petition under the Bankruptcy Act of 1898 or the Bankruptcy Reform Act of 1978 has previously been filed by or against the debtor, or any of its affiliates or subsidiaries, a director of the debtor, an officer of the debtor, a person in control of the debtor, a partnership in which the debtor is general partner, a general partner of the debtor, a relative of the general partner, director, officer, or person in control of the debtor, or any persons, firms or corporations owning 20% or more of its voting stock as follows: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

4. (If petitioner is an individual) A petition under the Bankruptcy Reform Act of 1978, including amendments thereof, has been filed by or against the debtor within the last 180 days: (Set forth the complete number and title of each such prior proceeding, date filed, nature of proceeding, the Bankruptcy Judge and court to whom assigned, whether still pending, and if not, the disposition thereof. If none, so indicate. Also, list any real property included in Schedule A/B that was filed with any such prior proceeding(s).)

**None.**

I declare, under penalty of perjury, that the foregoing is true and correct.

Executed at **Hemet** _____, California.

Date: **29 / 10 / 2 0 2 4**

*Alan Lee Isaacson*
**Alan Lee Isaacson**
Signature of Debtor 1

_____
Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*October 2018*                    *Page 1*          **F 1015-2.1.STMT.RELATED.CASES**

| **Fill in this information to identify your case:** | | | |
|---|---|---|---|
| Debtor 1 | **Alan Lee Isaacson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number (if known) | | | |

☐ Check if this is an
amended filing

## Official Form 106Sum

## Summary of Your Assets and Liabilities and Certain Statistical Information          12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Fill out all of your schedules first; then complete the information on this form. If you are filing amended schedules after you file your original forms, you must fill out a new *Summary* and check the box at the top of this page.

**Part 1:**    **Summarize Your Assets**

|  |  | **Your assets**<br>Value of what you own |
|---|---|---|
| 1. | **Schedule A/B: Property** (Official Form 106A/B) | |
| | 1a. Copy line 55, Total real estate, from Schedule A/B............................................................ | $          457,600.00 |
| | 1b. Copy line 62, Total personal property, from Schedule A/B.................................................. | $           23,848.43 |
| | 1c. Copy line 63, Total of all property on Schedule A/B........................................................... | $          481,448.43 |

**Part 2:**    **Summarize Your Liabilities**

|  |  | **Your liabilities**<br>Amount you owe |
|---|---|---|
| 2. | *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 106D) | |
| | 2a. Copy the total you listed in Column A, *Amount of claim,* at the bottom of the last page of Part 1 of *Schedule D...* | $          281,632.00 |
| 3. | *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 106E/F) | |
| | 3a. Copy  the total claims from Part 1 (priority unsecured claims) from line 6e of *Schedule E/F*.............................. | $                 0.00 |
| | 3b. Copy  the total claims from Part 2 (nonpriority unsecured claims) from line 6j of *Schedule E/F*.......................... | $           26,189.00 |
| | **Your total liabilities** | $          307,821.00 |

**Part 3:**    **Summarize Your Income and Expenses**

| 4. | *Schedule I: Your Income* (Official Form 106I)<br>Copy your combined monthly income from line 12 of *Schedule I*................................................................. | $            3,942.82 |
|---|---|---|
| 5. | *Schedule J: Your Expenses* (Official Form 106J)<br>Copy your monthly expenses from line 22c of *Schedule J*........................................................ | $            4,619.09 |

**Part 4:**    **Answer These Questions for Administrative and Statistical Records**

6.  **Are you filing for bankruptcy under Chapters 7, 11, or 13?**

☐  No. You have nothing to report on this part of the form. Check this box and submit this form to the court with your other schedules.

■  Yes

7.  **What kind of debt do you have?**

■  **Your debts are primarily consumer debts.** *Consumer debts* are those "incurred by an individual primarily for a personal, family, or household purpose." 11 U.S.C. § 101(8). Fill out lines 8-9g for statistical purposes. 28 U.S.C. § 159.

☐  **Your debts are not primarily consumer debts.** You have nothing to report on this part of the form. *Check this box* and submit this form to the court with your other schedules.

Debtor 1    **Alan Lee Isaacson**                                          Case number *(if known)*

8. **From the** *Statement of Your Current Monthly Income*: Copy your total current monthly income from Official Form 122A-1 Line 11; **OR**, Form 122B Line 11; **OR**, Form 122C-1 Line 14.

$ _____ **722.32**

9. **Copy the following special categories of claims from Part 4, line 6 of** *Schedule E/F*:

| From Part 4 on *Schedule E/F*, copy the following: | Total claim |
|---|---|
| 9a. Domestic support obligations (Copy line 6a.) | $ _____ **0.00** |
| 9b. Taxes and certain other debts you owe the government. (Copy line 6b.) | $ _____ **0.00** |
| 9c. Claims for death or personal injury while you were intoxicated. (Copy line 6c.) | $ _____ **0.00** |
| 9d. Student loans. (Copy line 6f.) | $ _____ **0.00** |
| 9e. Obligations arising out of a separation agreement or divorce that you did not report as priority claims. (Copy line 6g.) | $ _____ **0.00** |
| 9f. Debts to pension or profit-sharing plans, and other similar debts. (Copy line 6h.) | +$ _____ **0.00** |
| 9g. **Total.** Add lines 9a through 9f. | $ _____ **0.00** |

**Fill in this information to identify your case and this filing:**

Debtor 1    **Alan Lee Isaacson**
            First Name    Middle Name    Last Name

Debtor 2
(Spouse, if filing)    First Name    Middle Name    Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number

☐ Check if this is an
amended filing

## Official Form 106A/B
# Schedule A/B: Property                                        12/15

In each category, separately list and describe items. List an asset only once.  If an asset fits in more than one category, list the asset in the category where you think it fits best.  Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

**Part 1:**    Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1.  **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

☐ No. Go to Part 2.

■ Yes.  Where is the property?

1.1

**2627 Peach Tree St.**
Street address, if available, or other description

**Hemet            CA      92545-0000**
City            State      ZIP Code

**Riverside**
County

**What is the property?** Check all that apply

■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other _____

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**Single Family Residence Located at:
2627 Peach Tree St.
Hemet, CA 92545**

**Purchased/Acquired on: 04/2005
1,834 Sq. Ft.
3 Bedroom(s) 1 1/2 Baths
Year Built: 1990
(Value Pursuant to ZILLOW October, 2024)**

**Amount of Secured Claim Includes:
1st T.D. of $190,750.09
2nd T.D. of $50,750.00
3rd T.D. of $40,132.00**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property?    Current value of the portion you own?
**$457,600.00**         **$457,600.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Husband and Wife as Joint Tenants**

■ **Check if this is community property**
(see instructions)

Debtor 1  **Alan Lee Isaacson**                                Case number *(if known)*

---

2.  **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here...........................................=>** | **$457,600.00** |

---

| **Part 2:** | **Describe Your Vehicles** |

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases.*

3.  **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

| 3.1 | Make: | **Toyota** |
| | Model: | **RAV4** |
| | Year: | **2010** |
| | Approximate mileage: | **126,824** |
| | Other information: | |

**2010 Red Toyota RAV4 Sport Utility 4D with 126,824 miles, Automatic, 4-Spd, 4-Cyl, 2.5 Liter, 2WD; (Per KBB Good Value is $6,969.00);**

**Who has an interest in the property?** Check one

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

■ Check if this is community property
(see instructions)

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

| Current value of the entire property? | Current value of the portion you own? |
|---|---|
| **$6,969.00** | **$6,969.00** |

---

4.  **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

■ No
☐ Yes

---

5  **Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here.........................................................=>** | **$6,969.00** |

---

| **Part 3:** | **Describe Your Personal and  Household Items** |

| **Do you own or have any legal or equitable interest in any of the following items?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |

6.  **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
☐ No
■ Yes.  Describe.....

| **Normal and usual used household furniture, furnishings, appliances, etc.; No item worth more than $800.00;** | **$2,500.00** |

---

7.  **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
☐ No
■ Yes.  Describe.....

| **Normal and usual used household Electronics:  Two Televisions (One 6 yr old 55"; One 5 yr old 40"), One 9 yr old Laptop Computer, One 5 yr old Printer, and One 1 yr old Iphone; No item worth more than $800.00;** | **$650.00** |

---

| Debtor 1 | **Alan Lee Isaacson** | Case number *(if known)* |
|---|---|---|

**8. Collectibles of value**

*Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles

■ No
☐ Yes. Describe.....

**9. Equipment for sports and hobbies**

*Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments

■ No
☐ Yes. Describe.....

**10.  Firearms**

*Examples:* Pistols, rifles, shotguns, ammunition, and related equipment

☐ No
■ Yes. Describe.....

| Two Rifles (One Operational 22 Caliber Remington; One Non-Operational .5 Caliber Hawken Flint Lock); and Two Shotguns (One 12 Gauge Savage Arms Shotgun; One .410 Gauge Antfield Shotgun); | $700.00 |
|---|---|

**11.  Clothes**

*Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories

☐ No
■ Yes. Describe.....

| Normal and usual used clothing, shoes, and accessories; No item worth more than $800.00; | $100.00 |
|---|---|

**12.  Jewelry**

*Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver

☐ No
■ Yes. Describe.....

| Normal and usual used  rings, watches, earrings, pendants, chains, etc.; | $2,000.00 |
|---|---|

**13.  Non-farm animals**

*Examples:* Dogs, cats, birds, horses

☐ No
■ Yes. Describe.....

| One 10 yr old House Dog; | $0.00 |
|---|---|

**14.  Any other personal and household items you did not already list, including any health aids you did not list**

■ No
☐ Yes. Give specific information.....

**15.  Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** ..............................................................................

| $5,950.00 |
|---|

| Part 4: | Describe Your Financial Assets |
|---|---|

| Do you own or have any legal or equitable interest in any of the following? | Current value of the portion you own?  Do not deduct secured claims or exemptions. |
|---|---|

Debtor 1    **Alan Lee Isaacson**                                                          Case number *(if known)*

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition

    ☑ No
    ☐ Yes...........................................................................................................

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar
    institutions. If you have multiple accounts with the same institution, list each.

    ☐ No
    ☑ Yes.....................          Institution name:

| | | | |
|---|---|---|---:|
| 17.1. | **Checking** | **Checking Account with HCN Bank (Jointly Owned with Non-Filing Spouse) (Consisting of Transfer from Debtor's Closed Brokerage Account and HELOC Loan, Reimbursement of Consumer Credit Counseling Services which originated from Social Security Benefit Deposits, and Reimbursements for Other Cancelled Services);** | **$2,843.00** |
| 17.2. | **Checking** | **Checking Account with Wells Fargo (Jointly Owned with Non-Filing Spouse) (Consisting of Social Security Direct Deposits, VA Benefit Direct Deposits, Pension Direct Deposits, and Transfers from Spouse's Wells Fargo Savings);**<br><br>**[VA Deposits - Excluded from bankruptcy estate under 10 U.S.C. §1440 and 38 U.S.C. 5301]** | **$1,474.00** |
| 17.3. | **Savings** | **Non-Filing Spouse's Savings Account with Wells Fargo (Consisting of Transfer of Funds from Non-Filing Spouse's Inheritance and Transfers from Debtor's Wells Fargo Checking Account, which includes Social Security Benefits);**<br><br>**[Non-Filing Spouse's Inheritance is Excluded from Bankruptcy Estate]** | **$3,828.43** |
| 17.4. | **Other Financial Account** | **Debit Card with Anthem for Medicare Allotment under HMO (Debit Card for Rx, Utility, Gas, Food & Fitness Expense);** | **$84.00** |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts

    ☑ No
    ☐ Yes.................          Institution or issuer name:

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**

    ☑ No
    ☐ Yes.  Give specific information about them...................
                      Name of entity:                                        % of ownership:

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.

    ☑ No
    ☐ Yes. Give specific information about them
                      Issuer name:

Official Form 106A/B                          Schedule A/B: Property                                page 4

Debtor 1    **Alan Lee Isaacson**                                              Case number *(if known)* _____

21. **Retirement or pension accounts**
   *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
   ☐ No
   ■ Yes. List each account separately.

|  | Type of account: | Institution name: |  |
|---|---|---|---|
| **Pension** | | **Lincoln National Retirement Plan through Debtor's Past Employer (Presently Drawing);** | $0.00 |
| **Retirement Plan** | | **Veterans Affair's Retirement Plan from Military Service (Presently Drawing);** | |
| | | **[Veteran's Benefits Excluded from Bankruptcy Estate Under 10 USC §1440 and 38 U.S.C. 5301]** | $0.00 |

22. **Security deposits and prepayments**
   Your share of all unused deposits you have made so that you may continue service or use from a company
   *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
   ■ No
   ☐ Yes. .................... Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
   ■ No
   ☐ Yes............ Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
   26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
   ■ No
   ☐ Yes............ Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
   ■ No
   ☐ Yes.  Give specific information about them...

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
   *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
   ■ No
   ☐ Yes.  Give specific information about them...

27. **Licenses, franchises, and other general intangibles**
   *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
   ■ No
   ☐ Yes.  Give specific information about them...

| **Money or property owed to you?** | **Current value of the portion you own?** Do not deduct secured claims or exemptions. |
|---|---|

28. **Tax refunds owed to you**
   ☐ No
   ■ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

| | |
|---|---|
| **No Income Tax Refunds Expected for Year Ending 2023 or 2024 [Debtor(s) has not been required to file returns for 10 Years];** | $0.00 |

| Debtor 1 | **Alan Lee Isaacson** | Case number *(if known)* |
|---|---|---|

**29. Family support**
   *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement

■ No
☐ Yes. Give specific information......

**30. Other amounts someone owes you**
   *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else

■ No
☐ Yes. Give specific information..

**31. Interests in insurance policies**
   *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance

☐ No
■ Yes. Name the insurance company of each policy and list its value.

| Company name: | Beneficiary: | Surrender or refund value: |
|---|---|---|
| **Group Term Life Insurance with Lincoln National as Part of Pension Benefits;** | **Non-Filing Spouse and Debtor's Three Children** | **$0.00** |

**32. Any interest in property that is due you from someone who has died**
   If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.

■ No
☐ Yes. Give specific information.

**33. Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
   *Examples:* Accidents, employment disputes, insurance claims, or rights to sue

☐ No
■ Yes. Describe each claim.........

| | |
|---|---|
| **Claim for a $2,700.00 Refund from O.F.F. an Option Trading System that would send Debtor Alerts to Buy Options. On account that the debtor purchased a service that would alert him of when it was the best time to purchase a particular option. Debtor never received any alerts, so has a right to a claim of action for a refund for failure to provide services purchased and refusal of a refund when requested.** | **$2,700.00** |

**34. Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**

■ No
☐ Yes. Describe each claim.........

**35. Any financial assets you did not already list**

■ No
☐ Yes. Give specific information..

**36. Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.....................................................................................................**   | **$10,929.43** |

**Part 5:**   **Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.**

**37. Do you own or have any legal or equitable interest in any business-related property?**

■ No. Go to Part 6.
☐ Yes. Go to line 38.

Debtor 1    **Alan Lee Isaacson**                                          Case number *(if known)*

**Part 6:**  **Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.**
If you own or have an interest in farmland, list it in Part 1.

46.  **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**

☑ No. Go to Part 7.

☐ Yes.  Go to line 47.

**Part 7:**    **Describe All Property You Own or Have an Interest in That You Did Not List Above**

53.  **Do you have other property of any kind you did not already list?**
*Examples:* Season tickets, country club membership

☐ No

☑ Yes. Give specific information.........

| | |
|---|---|
| **Solar Panels, Inverter and Solar Equipment, which is subject to a 25 Year Lease Agreement - Secured with UCC1;  (No Value to Debtor.)** | **$0.00** |
| **Debtor has listed all real and personal property owned by Debtor and Debtor's non-filing spouse on Schedules "A" and "B" herein.** | **$0.00** |

54.  **Add the dollar value of all of your entries from Part 7. Write that number here  ...................................** | **$0.00**

**Part 8:**    **List the Totals of Each Part of this Form**

| | | | |
|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2**  ................................................................................ | | **$457,600.00** |
| 56. | **Part 2: Total vehicles, line 5** | **$6,969.00** | |
| 57. | **Part 3: Total personal and household items, line 15** | **$5,950.00** | |
| 58. | **Part 4: Total financial assets, line 36** | **$10,929.43** | |
| 59. | **Part 5: Total business-related property, line 45** | **$0.00** | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | **$0.00** | |
| 61. | **Part 7: Total other property not listed, line 54** | + **$0.00** | |
| 62. | **Total personal property.** Add lines 56 through 61... | **$23,848.43** | Copy personal property total    **$23,848.43** |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | **$481,448.43** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alan Lee Isaacson** |
| | First Name / Middle Name / Last Name |
| Debtor 2 (Spouse if, filing) | First Name / Middle Name / Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

## Official Form 106C
## Schedule C: The Property You Claim as Exempt

4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

**For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.**

### Part 1:    Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☑ You are claiming state and federal nonbankruptcy exemptions.  11 U.S.C. § 522(b)(3)

   ☐ You are claiming federal exemptions.  11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Single Family Residence Located at: 2627 Peach Tree St., Hemet, CA 92545**<br>Line from *Schedule A/B*: **1.1** | $457,600.00 | ☑ $612,121.67<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.730 (a) & (b) - Exemption Amt Pursuant the CA Dept of Industrial Relations Consumer Price Index for All Urban Consumers (as Published by the CA Assoc. of Realtors) for Riverside County for the Fiscal Year Prior to Filing This Petition.** |
| **2010 Toyota RAV4 126,824 miles;**<br>Line from *Schedule A/B*: **3.1** | $6,969.00 | ☑ $7,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010 Extra Exemption Amount Taken Simply Because it Is Available.** |
| **Normal and usual used household furniture, furnishings, appliances, etc.**<br>Line from *Schedule A/B*: **6.1** | $2,500.00 | ☑ $2,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Normal and usual used household Electronics**<br>Line from *Schedule A/B*: **7.1** | $650.00 | ☑ $650.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |

Debtor 1   **Alan Lee Isaacson**                                        Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Two Rifles; and Two Shotguns**<br>Line from *Schedule A/B*: **10.1** | $700.00 | ■ $700.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Normal and usual used clothing, shoes, and accessories**<br>Line from *Schedule A/B*: **11.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Normal and usual used  rings, watches, earrings, pendants, chains, etc.;**<br>Line from *Schedule A/B*: **12.1** | $2,000.00 | ■ $2,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Checking: Checking Account with HCN Bank Jointly Owned with Non-Filing Spouse;**<br>Line from *Schedule A/B*: **17.1** | $2,843.00 | ■ $2,083.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.080** |
| **Checking: Checking Account with HCN Bank Jointly Owned with Non-Filing Spouse;**<br>Line from *Schedule A/B*: **17.1** | $2,843.00 | ■ $1,001.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Checking: Checking Account with HCN Bank Jointly Owned with Non-Filing Spouse;**<br>Line from *Schedule A/B*: **17.1** | $2,843.00 | ■ $2,843.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Checking: Checking Account with Wells Fargo (Jointly Owned with Non-Filing Spouse) (Consisting of Social Security, VA Benefit & Pension Direct Deposits [Veteran's Benefits Excluded from Bankruptcy Estate Under 10 U.S.C. §1440 and 38 U.S.C. 5301];**<br>Line from *Schedule A/B*: **17.2** | $1,474.00 | ■ $1,474.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.080** |
| **Checking: Checking Account with Wells Fargo (Jointly Owned with Non-Filing Spouse) (Consisting of Social Security, VA Benefit & Pension Direct Deposits [Veteran's Benefits Excluded from Bankruptcy Estate Under 10 U.S.C. §1440 and 38 U.S.C. 5301];**<br>Line from *Schedule A/B*: **17.2** | $1,474.00 | ■ $1,474.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Savings: Non-Filing Spouse's Savings Account with Wells Fargo (Consisting of Transfer which includes Social Security Benefits and Non-Filing Spouse's Inheritance); [Non-Filing Spouse's Inheritance is Excluded from Bankruptcy Estate]**<br>Line from *Schedule A/B*: **17.3** | $3,828.43 | ■ $2,083.50<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.080** |

Debtor 1    **Alan Lee Isaacson**                                    Case number (if known)

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br><br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br><br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **Savings: Non-Filing Spouse's Savings Account with Wells Fargo (Consisting of Transfer which includes Social Security Benefits and Non-Filing Spouse's Inheritance); [Non-Filing Spouse's Inheritance is Excluded from Bankruptcy Estate]** Line from *Schedule A/B*: **17.3** | $3,828.43 | ■ $1,085.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Savings: Non-Filing Spouse's Savings Account with Wells Fargo (Consisting of Transfer which includes Social Security Benefits and Non-Filing Spouse's Inheritance); [Non-Filing Spouse's Inheritance is Excluded from Bankruptcy Estate]** Line from *Schedule A/B*: **17.3** | $3,828.43 | ■ $3,828.43<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Other Financial Account: Debit Card with Anthem for Medicare Allotment under HMO (Debit Card for Rx, Utility, Gas, Food & Fitness Expense);** Line from *Schedule A/B*: **17.4** | $84.00 | ■ $84.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.080** |
| **Other Financial Account: Debit Card with Anthem for Medicare Allotment under HMO (Debit Card for Rx, Utility, Gas, Food & Fitness Expense);** Line from *Schedule A/B*: **17.4** | $84.00 | ■ $84.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.220** |
| **Other Financial Account: Debit Card with Anthem for Medicare Allotment under HMO (Debit Card for Rx, Utility, Gas, Food & Fitness Expense);** Line from *Schedule A/B*: **17.4** | $84.00 | ■ $84.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **Pension: Lincoln National Retirement Plan through Debtor's Past Employer (Presently Drawing);** Line from *Schedule A/B*: **21.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |
| **Retirement Plan: Veterans Affair's Retirement Plan from Military Service (Presently Drawing);**<br><br>**[Veteran's Benefits Excluded from Bankruptcy Estate Under 10 USC §1440 and 38 U.S.C. 5301]** Line from *Schedule A/B*: **21.2** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.110 [Veterans' Benefits are excluded from the Bankruptcy Estate pursuant to 10 U.S.C. § 1440]** |
| **Group Term Life Insurance with Lincoln National as Part of Pension Benefits; Beneficiary: Non-Filing Spouse and Debtor's Three Children** Line from *Schedule A/B*: **31.1** | $0.00 | ■ 100%<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.100(a)** |

Debtor 1   **Alan Lee Isaacson** _____   Case number (if known) _____

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐   No

   ■   Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

      ■   No

      ☐   Yes

Official Form 106C                          **Schedule C: The Property You Claim as Exempt**                          page 4 of 4

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alan Lee Isaacson** |
| | First Name          Middle Name          Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name          Middle Name          Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

**12/15**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1:    List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** **FIGURE LENDING**<br>Creditor's Name<br><br>**ATTN: BANKRUPTCY<br>PO BOX 40534<br>RENO, NV 89504**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**Home Equity Line Secured on Single Family Residence Located at: 2627 Peach Tree St. Hemet, CA 92545** | $40,132.00 | $457,600.00 | $0.00 |

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **3rd Trust Deed**

| | | | |
|---|---|---|---|
| Date debt was incurred | **Opened 07/2023** | Last 4 digits of account number | **2114** |

| Debtor 1 | **Alan Lee Isaacson** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | First Name | Middle Name | Last Name | | |

| 2.2 | **FREEDOM MORTGAGE CORPORATION** | | | | |
|---|---|---|---|---|---|

Creditor's Name

Describe the property that secures the claim: | $190,750.00 | $457,600.00 | $0.00

**ATTN: BANKRUPTCY
907 PLEASANT VALLEY
AVE, STE 3
MT LAUREL, NJ 08054**

Number, Street, City, State & Zip Code

**Describe the property that secures the claim:**

**First Mortgage on Single Family Residence Located at: 2627 Peach Tree St., Hemet, CA 92545**

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **1st Trust Deed**

Date debt was incurred   **Opened 01/2021**   Last 4 digits of account number   **1216**

---

| 2.3 | **SUNNOVA** | | | Unknown | $0.00 | Unknown |
|---|---|---|---|---|---|---|

Creditor's Name

**Describe the property that secures the claim:**

**Solar Panels, Inverter and Solar Equipment, which is subject to a 25 Year Lease Agreement - Secured with UCC1.
(No Vale to Debtor.)**

**20 EAST GREENWAY
PLAZA STE 475
HOUSTON, TX 77046**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)   **Solar Panels & Inverter Lease Agreement - Secured with UCC1**

Date debt was incurred   **11/2023**   Last 4 digits of account number   **6322**

Debtor 1   **Alan Lee Isaacson**        Case number (if known) _____

First Name     Middle Name     Last Name

| 2.4 | **UNISON / M&T Bank** | | $50,750.00 | $457,600.00 | $0.00 |

Creditor's Name

**Describe the property that secures the claim:**

> **Second Mortgage on Single Family Residence Located at:**
> **2627 Peach Tree St.**
> **Hemet, CA 92545**
> **(Owed Thru Sale Proceed Sharing Program if and when the property is sold.)**

**650 CALIFORNIA ST STE 1800**
**SAN FRANCISCO, CA 94108**

Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.

☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

■ **Check if this claim relates to a community debt**

**Nature of lien.** Check all that apply.

■ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **2nd Trust Deed**

Date debt was incurred   **Opened 05/2019**     Last 4 digits of account number   **3515**

| | |
|---|---|
| Add the dollar value of your entries in Column A on this page. Write that number here: | $281,632.00 |
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $281,632.00 |

## Part 2:   List Others to Be Notified for a Debt That You Already Listed

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.

[ ]   Name, Number, Street, City, State & Zip Code
**AMERICAN TITLE INC**
**11010 BURDETTE ST**
**PO BOX 641010**
**OMAHA, NE 68164**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**BCHH INC - CA**
**181 MONTOUR RUN RD**
**CORAOPOLIS, PA 15108**

On which line in Part 1 did you enter the creditor?   **2.4**

Last 4 digits of account number   **9853**

[ ]   Name, Number, Street, City, State & Zip Code
**FIGURE LENDING LLC**
**650 S TRYON ST 8TH FL**
**CHARLOTTE, NC 28202**

On which line in Part 1 did you enter the creditor?   **2.1**

Last 4 digits of account number ___

[ ]   Name, Number, Street, City, State & Zip Code
**FREEDOM MORTGAGE**
**PO BOX 619063**
**DALLAS, TX 75261-9063**

On which line in Part 1 did you enter the creditor?   **2.2**

Last 4 digits of account number ___

Debtor 1    **Alan Lee Isaacson**                                      Case number (if known) _____

      First Name        Middle Name        Last Name

[ ]    Name, Number, Street, City, State & Zip Code
      **FREEDOM MORTGAGE CORPORATION**        On which line in Part 1 did you enter the creditor?  **2.2**
      **11988 EXIT 5 PRKWY BLDG**
      **FISHERS, IN 46037**          Last 4 digits of account number ___

[ ]    Name, Number, Street, City, State & Zip Code
      **STEWART TITLE GUARANTY CO CA**     On which line in Part 1 did you enter the creditor?  **2.4**
      **1980 POST OAK BLVD STE R2B**
      **HOUSTON, TX 77056**        Last 4 digits of account number  **9853**

[ ]    Name, Number, Street, City, State & Zip Code
      **SUNOVA TE MANAGMENT LLC**       On which line in Part 1 did you enter the creditor?  **2.3**
      **c/o LIEN SOLUTIONS**
      **PO BOX 29071**          Last 4 digits of account number  **1891**
      **GLENDALE, CA 91209-9071**

**Fill in this information to identify your case:**

Debtor 1          **Alan Lee Isaacson**
                   First Name          Middle Name          Last Name

Debtor 2
(Spouse if, filing)   First Name          Middle Name          Last Name

United States Bankruptcy Court for the:   CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)

☐ Check if this is an
   amended filing

## Official Form 106E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY claims and Part 2 for creditors with NONPRIORITY claims. List the other party to any executory contracts or unexpired leases that could result in a claim.  Also list executory contracts on Schedule A/B: Property (Official Form 106A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G). Do not include any creditors with partially secured claims that are listed in Schedule D: Creditors Who Have Claims Secured by Property. If more space is needed, copy the Part you need, fill it out, number the entries in the boxes on the left. Attach the Continuation Page to this page. If you have no information to report in a Part, do not file that Part. On the top of any additional pages, write your name and case number (if known).

| Part 1: | List All of Your PRIORITY Unsecured Claims |
| --- | --- |

1. **Do any creditors have priority unsecured claims against you?**

   ☐ No. Go to Part 2.

   ☐ Yes.

2. **List all of your priority unsecured claims.** If a creditor has more than one priority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. If a claim has both priority and nonpriority amounts, list that claim here and show both priority and nonpriority amounts. As much as possible, list the claims in alphabetical order according to the creditor's name. If you have more than two priority unsecured claims, fill out the Continuation Page of Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.

   (For an explanation of each type of claim, see the instructions for this form in the instruction booklet.)

|  |  | Total claim | Priority amount | Nonpriority amount |
| --- | --- | --- | --- | --- |
| **2.1** | **DEPARTMENT OF VETERAN AFFAIRS** | | | |
| | Priority Creditor's Name | | | |
| | Last 4 digits of account number  **1216** | **Unknown** | **$0.00** | **$0.00** |

**VA REGIONAL LOAN CENTER
3333 N CENTRAL AVE
PHOENIX, AZ 85012**
Number Street City State Zip Code

**When was the debt incurred?   Opened 01/2021**

**Who incurred the debt?** Check one.

■ Debtor 1 only

☐ Debtor 2 only

☐ Debtor 1 and Debtor 2 only

☐ At least one of the debtors and another

☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

■ No

☐ Yes

**As of the date you file, the claim is:** Check all that apply

■ Contingent

☐ Unliquidated

☐ Disputed

**Type of PRIORITY unsecured claim:**

☐ Domestic support obligations

■ Taxes and certain other debts you owe the government

☐ Claims for death or personal injury while you were intoxicated

☐ Other. Specify _____

**Any Amount Due VA Admin after Potential Foreclosure of VA Backed Mtg on SFA Located at: 2627 Peach Tree St., Hemet, CA 92545**

| Part 2: | List All of Your NONPRIORITY Unsecured Claims |
| --- | --- |

3. **Do any creditors have nonpriority unsecured claims against you?**

   ☐ No. You have nothing to report in this part. Submit this form to the court with your other schedules.

   ■ Yes.

4. **List all of your nonpriority unsecured claims in the alphabetical order of the creditor who holds each claim.** If a creditor has more than one nonpriority unsecured claim, list the creditor separately for each claim. For each claim listed, identify what type of claim it is. Do not list claims already included in Part 1. If more than one creditor holds a particular claim, list the other creditors in Part 3.If you have more than three nonpriority unsecured claims fill out the Continuation Page of Part 2.

| | Total claim |
| --- | --- |

Debtor 1  **Alan Lee Isaacson**                                    Case number (if known) _____

---

| 4.1 | **CAPITAL ONE** | Last 4 digits of account number | **8878** | **$5,073.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**   **Last Charge 09/2023**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.2 | **CAPITAL ONE** | Last 4 digits of account number | **7098** | **$3,789.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130-0285**
Number Street City State Zip Code

**When was the debt incurred?**   **Last Charge 09/2023**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

| 4.3 | **CAPITAL ONE** | Last 4 digits of account number | **1164** | **$2,527.00** |

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 30285**
**SALT LAKE CITY, UT 84130**
Number Street City State Zip Code

**When was the debt incurred?**   **Last Charge 10/2023**

**Who incurred the debt?** Check one.

**As of the date you file, the claim is:** Check all that apply

■ Debtor 1 only
□ Debtor 2 only
□ Debtor 1 and Debtor 2 only
□ At least one of the debtors and another
□ **Check if this claim is for a community debt**

□ Contingent
□ Unliquidated
□ Disputed

**Type of NONPRIORITY unsecured claim:**

□ Student loans

□ Obligations arising out of a separation agreement or divorce that you did not report as priority claims

**Is the claim subject to offset?**

■ No
□ Yes

□ Debts to pension or profit-sharing plans, and other similar debts

■ Other. Specify   **Charge Account**

---

Debtor 1   **Alan Lee Isaacson**

Case number *(if known)* _____

---

**4.4** | **CITI CARDS**

Nonpriority Creditor's Name
**PO BOX 6500**
**SIOUX FALLS, SD 57117**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **5581**            **$8,266.00**

**When was the debt incurred?**   **Last Charge 10/2023**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

**4.5** | **DISCOVER FINANCIAL**

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 3025**
**NEW ALBANY, OH 43054**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **2593**            **$3,898.00**

**When was the debt incurred?**   **Last Charge 03/2024**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

**4.6** | **DISCOVER/CAPITAL MANAGEMENT**

Nonpriority Creditor's Name
**ATTN: BANKRUPTCY**
**PO BOX 3025**
**NEW ALBANY, OH 43054**
Number Street City State Zip Code

**Who incurred the debt?** Check one.

- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another
- ☐ **Check if this claim is for a  community debt**

**Is the claim subject to offset?**

- ■ No
- ☐ Yes

Last 4 digits of account number   **0300**            **$2,636.00**

**When was the debt incurred?**   **Last Charge 02/2024**

**As of the date you file, the claim is:** Check all that apply

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Type of NONPRIORITY unsecured claim:**

- ☐ Student loans
- ☐ Obligations arising out of a separation agreement or divorce that you did not report as priority claims
- ☐ Debts to pension or profit-sharing plans, and other similar debts
- ■ Other. Specify   **Charge Account**

---

**Part 3:**   **List Others to Be Notified About a Debt That You Already Listed**

**5. Use this page only if you have others to be notified about your bankruptcy, for a debt that you already listed in Parts 1 or 2. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the original creditor in Parts 1 or 2, then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Parts 1 or 2, list the additional creditors here. If you do not have additional persons to be notified for any debts in Parts 1 or 2, do not fill out or submit this page.**

Debtor 1   **Alan Lee Isaacson**                                            Case number (if known)

---

Name and Address
**CAPITAL MANAGEMENT
SERVICES, LP
698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CAPITAL MANAGEMENT
SERVICES, LP
P.O. BOX 964
BUFFALO, NY 14220-0120**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.1** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.2** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.3** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**CITI CARDS
PO BOX 6004
SIOUX FALLS, SD 57117-6004**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**DISCOVER
PO BOX 30421
SALT LAKE CITY, UT 84130-0421**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.5** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY, UT 84130**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.6** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Name and Address
**MCM
ATTN:  CONSUMER SUPPORT
SERVICES
320 E BIG BEAVER RD STE 300
TROY, MI 48083**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number          **8435**

---

Name and Address
**MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA
SAN DIEGO, CA 92108**

On which entry in Part 1 or Part 2 did you list the original creditor?
Line **4.4** of (Check one):

☐ Part 1: Creditors with Priority Unsecured Claims
☑ Part 2: Creditors with Nonpriority Unsecured Claims

Last 4 digits of account number

---

Debtor 1  **Alan Lee Isaacson**

Case number *(if known)* _____

8435

| | |
|---|---|
| Name and Address<br>**MIDLAND CREDIT MANAGEMENT**<br>**350 CAMINO DE LA REINA STE 100**<br>**SAN DIEGO, CA 92108** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **8435** |
| Name and Address<br>**MIDLAND CREDIT MANAGEMENT**<br>**P.O. BOX 301030**<br>**LOS ANGELES, CA 90030-1030** | On which entry in Part 1 or Part 2 did you list the original creditor?<br>Line **4.4** of *(Check one):*<br>☐ Part 1: Creditors with Priority Unsecured Claims<br>■ Part 2: Creditors with Nonpriority Unsecured Claims<br><br>Last 4 digits of account number        **8435** |

**Part 4:    Add the Amounts for Each Type of Unsecured Claim**

6.  **Total the amounts of certain types of unsecured claims. This information is for statistical reporting purposes only. 28 U.S.C. §159.** Add the amounts for each type of unsecured claim.

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 1** | 6a. **Domestic support obligations** | 6a. | $ 0.00 |
| | 6b. **Taxes and certain other debts you owe the government** | 6b. | $ 0.00 |
| | 6c. **Claims for death or personal injury while you were intoxicated** | 6c. | $ 0.00 |
| | 6d. **Other.** Add all other priority unsecured claims. Write that amount here. | 6d. | $ 0.00 |
| | 6e. **Total Priority.** Add lines 6a through 6d. | 6e. | $ 0.00 |

| | | | Total Claim |
|---|---|---|---|
| **Total claims from Part 2** | 6f. **Student loans** | 6f. | $ 0.00 |
| | 6g. **Obligations arising out of a separation agreement or divorce that you did not report as priority claims** | 6g. | $ 0.00 |
| | 6h. **Debts to pension or profit-sharing plans, and other similar debts** | 6h. | $ 0.00 |
| | 6i. **Other.** Add all other nonpriority unsecured claims. Write that amount here. | 6i. | $ 26,189.00 |
| | 6j. **Total Nonpriority.** Add lines 6f through 6i. | 6j. | $ 26,189.00 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alan Lee Isaacson** |
| | First Name     Middle Name     Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name     Middle Name     Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number | |
| (if known) | |

☐ Check if this is an amended filing

## Official Form 106G
## Schedule G: Executory Contracts and Unexpired Leases      12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the court with your other schedules.  You have nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B:Property* (Official Form 106 A/B).

2. **List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone).** See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease<br>Name, Number, Street, City, State and ZIP Code | State what the contract or lease is for |
|---|---|
| 2.1 **Sunnova**<br>**20 East Greenway Plaza Ste. 475**<br>**Houston, TX 77046** | **Independent solar energy producer contract. Debtor's are responsible for making monthly lease and/or electricity payments to Sunnova for the term of the 25 Year Lease Agreement.**<br><br>**This agreement is secured by a UCC1.** |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alan Lee Isaacson** |
| | First Name        Middle Name        Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name        Middle Name        Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 106H
## Schedule H: Your Codebtors
**12/15**

Codebtors are people or entities who are also liable for any debts you may have. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, and number the entries in the boxes on the left. Attach the Additional Page to this page. On the top of any Additional Pages, write your name and case number (if known). Answer every question.

**1. Do you have any codebtors?** (If you are filing a joint case, do not list either spouse as a codebtor.)

☐ No
■ Yes

**2. Within the last 8 years, have you lived in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, and Wisconsin.)

☐ No. Go to line 3.
■ Yes. Did your spouse, former spouse, or legal equivalent live with you at the time?

   ☐ No
   ■ Yes.

   In which community state or territory did you live?   **California**   . Fill in the name and current address of that person.

   **Gloria Isaacson**
   **2627 Peach Tree St.**
   **Hemet, CA 92545**
   Name of your spouse, former spouse, or legal equivalent
   Number, Street, City, State & Zip Code

**3. In Column 1, list all of your codebtors. Do not include your spouse as a codebtor if your spouse is filing with you. List the person shown in line 2 again as a codebtor only if that person is a guarantor or cosigner. Make sure you have listed the creditor on Schedule D (Official Form 106D), Schedule E/F (Official Form 106E/F), or Schedule G (Official Form 106G). Use Schedule D, Schedule E/F, or Schedule G to fill out Column 2.**

| *Column 1:* **Your codebtor**<br>Name, Number, Street, City, State and ZIP Code | *Column 2:* **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
|---|---|
| 3.1   **Gloria Isaacson**<br>     **2627 Peach Tree St.**<br>     **Hemet, CA 92545** | ■ Schedule D, line   **2.2**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**FREEDOM MORTGAGE CORPORATION** |
| 3.2   **Gloria Isaacson**<br>     **2627 Peach Tree St.**<br>     **Hemet, CA 92545** | ■ Schedule D, line   **2.1**<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**FIGURE LENDING** |

Debtor 1    **Alan Lee Isaacson** _____    Case number _(if known)_ _____

| Additional Page to List More Codebtors | |
|---|---|
| Column 1: **Your codebtor** | Column 2: **The creditor to whom you owe the debt**<br>Check all schedules that apply: |
| 3.3    **Gloria Isaacson**<br>       **2627 Peach Tree St.**<br>       **Hemet, CA 92545** | ■ Schedule D, line ___**2.4**___<br>☐ Schedule E/F, line _____<br>☐ Schedule G _____<br>**UNISON / M&T Bank** |

**Fill in this information to identify your case:**

Debtor 1  **Alan Lee Isaacson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number
(If known)

Check if this is:
☐ An amended filing
☐ A supplement showing postpetition chapter 13 income as of the following date:

_____
MM / DD/ YYYY

## Official Form 106I

# Schedule I: Your Income
**12/15**

Be as complete and accurate as possible. If two married people are filing together (Debtor 1 and Debtor 2), both are equally responsible for supplying correct information. If you are married and not filing jointly, and your spouse is living with you, include information about your spouse. If you are separated and your spouse is not filing with you, do not include information about your spouse. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Employment

| 1. | **Fill in your employment information.** | | **Debtor 1** | **Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| | If you have more than one job, attach a separate page with information about additional employers. | **Employment status** | ☐ Employed<br>■ Not employed | ☐ Employed<br>■ Not employed |
| | Include part-time, seasonal, or self-employed work. | **Occupation** | **Retired** | **Retired** |
| | | **Employer's name** | | |
| | Occupation may include student or homemaker, if it applies. | **Employer's address** | | |
| | | **How long employed there?** | | |

### Part 2:    Give Details About Monthly Income

**Estimate monthly income as of the date you file this form.** If you have nothing to report for any line, write $0 in the space. Include your non-filing spouse unless you are separated.

If you or your non-filing spouse have more than one employer, combine the information for all employers for that person on the lines below. If you need more space, attach a separate sheet to this form.

| | | | **For Debtor 1** | **For Debtor 2 or non-filing spouse** |
|---|---|---|---|---|
| 2. | **List monthly gross wages, salary, and commissions** (before all payroll deductions).  If not paid monthly, calculate what the monthly wage would be. | 2. | $  **0.00** | $  **0.00** |
| 3. | **Estimate and list monthly overtime pay.** | 3. | +$  **0.00** | +$  **0.00** |
| 4. | **Calculate gross Income.**  Add line 2 + line 3. | 4. | $  **0.00** | $  **0.00** |

Debtor 1  **Alan Lee Isaacson** _____   Case number (*if known*) _____

|  |  | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| Copy line 4 here ............................................... | 4. | $ 0.00 | $ 0.00 |

**5.** List all payroll deductions:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 5a. Tax, Medicare, and Social Security deductions | 5a. | $ 0.00 | $ 0.00 |
| 5b. Mandatory contributions for retirement plans | 5b. | $ 0.00 | $ 0.00 |
| 5c. Voluntary contributions for retirement plans | 5c. | $ 0.00 | $ 0.00 |
| 5d. Required repayments of retirement fund loans | 5d. | $ 0.00 | $ 0.00 |
| 5e. Insurance | 5e. | $ 0.00 | $ 0.00 |
| 5f. Domestic support obligations | 5f. | $ 0.00 | $ 0.00 |
| 5g. Union dues | 5g. | $ 0.00 | $ 0.00 |
| 5h. Other deductions. Specify: _____ | 5h.+ | $ 0.00 + | $ 0.00 |

**6.** Add the payroll deductions. Add lines 5a+5b+5c+5d+5e+5f+5g+5h.   6.   $ 0.00   $ 0.00

**7.** Calculate total monthly take-home pay. Subtract line 6 from line 4.   7.   $ 0.00   $ 0.00

**8.** List all other income regularly received:

| | | For Debtor 1 | For Debtor 2 or non-filing spouse |
|---|---|---|---|
| 8a. **Net income from rental property and from operating a business, profession, or farm** <br> Attach a statement for each property and business showing gross receipts, ordinary and necessary business expenses, and the total monthly net income. | 8a. | $ 0.00 | $ 0.00 |
| 8b. Interest and dividends | 8b. | $ 0.00 | $ 0.00 |
| 8c. **Family support payments that you, a non-filing spouse, or a dependent regularly receive** <br> Include alimony, spousal support, child support, maintenance, divorce settlement, and property settlement. | 8c. | $ 0.00 | $ 0.00 |
| 8d. Unemployment compensation | 8d. | $ 0.00 | $ 0.00 |
| 8e. Social Security | 8e. | $ 1,994.50 | $ 1,226.00 |
| 8f. **Other government assistance that you regularly receive** <br> Include cash assistance and the value (if known) of any non-cash assistance that you receive, such as food stamps (benefits under the Supplemental Nutrition Assistance Program) or housing subsidies. <br> Specify: **Veteran's Disability Benefits** | 8f. | $ 338.49 | $ 0.00 |
| 8g. Pension or retirement income | 8g. | $ 233.83 | $ 0.00 |
| 8h. Other monthly income. Specify: **Medicare HMO Allotment (Debit Card for Rx, Gas, Food, Exp.)** | 8h.+ | $ 150.00 + | $ 0.00 |

**9.** Add all other income. Add lines 8a+8b+8c+8d+8e+8f+8g+8h.   9.   $ 2,716.82   $ 1,226.00

**10.** Calculate monthly income. Add line 7 + line 9.   10.   $ 2,716.82 + $ 1,226.00 = $ 3,942.82
Add the entries in line 10 for Debtor 1 and Debtor 2 or non-filing spouse.

**11.** State all other regular contributions to the expenses that you list in *Schedule J.*
Include contributions from an unmarried partner, members of your household, your dependents, your roommates, and other friends or relatives.
Do not include any amounts already included in lines 2-10 or amounts that are not available to pay expenses listed in *Schedule J.*
Specify: _____   11. +$ 0.00

**12.** Add the amount in the last column of line 10 to the amount in line 11. The result is the combined monthly income.
Write that amount on the *Summary of Schedules* and *Statistical Summary of Certain Liabilities* and Related *Data*, if it applies   12.   $ 3,942.82

**Combined monthly income**

Debtor 1   **Alan Lee Isaacson**                                    Case number (*if known*) _____

13. **Do you expect an increase or decrease within the year after you file this form?**

☐ No.

☐ Yes. Explain:

| |
|---|
| **Debtor's Social Security Allotment was reduced in October, 2024 by $132.50 in exchange for a Medicare HMO Allotment (Debit Card for Rx, Gas, Food Exp. & Fitness Expense)  Therefore SSI Benefits listed in Schedule "I" indicates Debtors' current income, while SSI Benefits listed in the Means Test indicate Debtors' average income received during the six (6) months prior to filing;**<br><br>**Debtor and Non-Filing Spouse are presently receiving Social Security Benefits in the total amount of $3,220.59 per month, however Social Security Benefits are excluded from current monthly income under 11 U.S.C. §101(10A).**<br><br>**Debtor(s) is presently receiving Veterans Disability Benefits in the total amount of $338.49 per month, however Veterans Disability Benefits are excluded from current monthly income under 11 U.S.C. §101(10A).** |

Fill in this information to identify your case:

| | |
|---|---|
| Debtor 1 | **Alan Lee Isaacson** |
| Debtor 2 (Spouse, if filing) | |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (If known) | |

Check if this is:

☐ An amended filing

☐ A supplement showing postpetition chapter 13 expenses as of the following date:

_____
MM / DD / YYYY

## Official Form 106J
## Schedule J: Your Expenses
12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach another sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:    Describe Your Household

1.  **Is this a joint case?**

   ■ No. Go to line 2.
   ☐ Yes. **Does Debtor 2 live in a separate household?**

      ☐ No
      ☐ Yes. Debtor 2 must file Official Form 106J-2, *Expenses for Separate Household* of Debtor 2.

2.  **Do you have dependents?**    ☐ No

   Do not list Debtor 1 and Debtor 2.

   ■ Yes.  Fill out this information for each dependent.............

   Do not state the dependents names.

| | Dependent's relationship to Debtor 1 or Debtor 2 | Dependent's age | Does dependent live with you? |
|---|---|---|---|
| | **Wife** | **76** | ☐ No  ■ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |
| | | | ☐ No  ☐ Yes |

3.  **Do your expenses include expenses of people other than yourself and your dependents?**

   ■ No
   ☐ Yes

### Part 2:    Estimate Your Ongoing Monthly Expenses

Estimate your expenses as of your bankruptcy filing date unless you are using this form as a supplement in a Chapter 13 case to report expenses as of a date after the bankruptcy is filed. If this is a supplemental *Schedule J*, check the box at the top of the form and fill in the applicable date.

Include expenses paid for with non-cash government assistance if you know the value of such assistance and have included it on *Schedule I: Your Income* (Official Form 106I.)

| | | Your expenses |
|---|---|---|

4.  The rental or home ownership expenses for your residence. Include first mortgage payments and any rent for the ground or lot.

   4.  $           **1,362.72**

   **If not included in line 4:**

   4a.  Real estate taxes                                          4a.  $              **0.00**
   4b.  Property, homeowner's, or renter's insurance               4b.  $              **0.00**
   4c.  Home maintenance, repair, and upkeep expenses              4c.  $            **150.00**
   4d.  Homeowner's association or condominium dues                4d.  $              **3.00**

5.  **Additional mortgage payments for your residence,** such as home equity loans    5.  $            **364.70**

Debtor 1  **Alan Lee Isaacson**                                          Case number (if known)

6. **Utilities:**
| | | | | |
|---|---|---|---|---|
| 6a. | Electricity, heat, natural gas | 6a. | $ | **45.00** |
| 6b. | Water, sewer, garbage collection | 6b. | $ | **115.00** |
| 6c. | Telephone, cell phone, Internet, satellite, and cable services | 6c. | $ | **0.00** |
| 6d. | Other. Specify: **Cell Phone** | 6d. | $ | **150.00** |
| | **Cable** | | $ | **100.00** |
| | **Internet** | | $ | **67.00** |
| | **Telephone** | | $ | **10.00** |

| | | | | |
|---|---|---|---|---|
| 7. | **Food and housekeeping supplies** | 7. | $ | **950.00** |
| 8. | **Childcare and children's education costs** | 8. | $ | **0.00** |
| 9. | **Clothing, laundry, and dry cleaning** | 9. | $ | **145.00** |
| 10. | **Personal care products and services** | 10. | $ | **78.00** |
| 11. | **Medical and dental expenses** | 11. | $ | **175.00** |
| 12. | **Transportation.** Include gas, maintenance, bus or train fare. Do not include car payments. | 12. | $ | **315.00** |
| 13. | **Entertainment, clubs, recreation, newspapers, magazines, and books** | 13. | $ | **100.00** |
| 14. | **Charitable contributions and religious donations** | 14. | $ | **0.00** |

15. **Insurance.**
Do not include insurance deducted from your pay or included in lines 4 or 20.
| | | | | |
|---|---|---|---|---|
| 15a. | Life insurance | 15a. | $ | **0.00** |
| 15b. | Health insurance | 15b. | $ | **0.00** |
| 15c. | Vehicle insurance | 15c. | $ | **98.67** |
| 15d. | Other insurance. Specify: | 15d. | $ | **0.00** |

16. **Taxes.** Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify:                                                                    16.   $   **0.00**

17. **Installment or lease payments:**
| | | | | |
|---|---|---|---|---|
| 17a. | Car payments for Vehicle 1 | 17a. | $ | **0.00** |
| 17b. | Car payments for Vehicle 2 | 17b. | $ | **0.00** |
| 17c. | Other. Specify: **Solar Lease** | 17c. | $ | **81.00** |
| 17d. | Other. Specify: | 17d. | $ | **0.00** |

| | | | | |
|---|---|---|---|---|
| 18. | **Your payments of alimony, maintenance, and support that you did not report as deducted from your pay on line 5, *Schedule I, Your Income* (Official Form 106I).** | 18. | $ | **0.00** |
| 19. | **Other payments you make to support others who do not live with you.** Specify: | 19. | $ | **0.00** |

20. **Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.***
| | | | | |
|---|---|---|---|---|
| 20a. | Mortgages on other property | 20a. | $ | **0.00** |
| 20b. | Real estate taxes | 20b. | $ | **0.00** |
| 20c. | Property, homeowner's, or renter's insurance | 20c. | $ | **0.00** |
| 20d. | Maintenance, repair, and upkeep expenses | 20d. | $ | **0.00** |
| 20e. | Homeowner's association or condominium dues | 20e. | $ | **0.00** |

21. **Other:** Specify:  **Miscellaneous, Unexpected Expenses and/or Emergencies**                                       21.  +$   **309.00**

22. **Calculate your monthly expenses**
| | | | |
|---|---|---|---|
| 22a. | Add lines 4 through 21. | $ | **4,619.09** |
| 22b. | Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2 | $ | |
| 22c. | Add line 22a and 22b.  The result is your monthly expenses. | $ | **4,619.09** |

23. **Calculate your monthly net income.**
| | | | | |
|---|---|---|---|---|
| 23a. | Copy line 12 *(your combined monthly income)* from Schedule I. | 23a. | $ | **3,942.82** |
| 23b. | Copy your monthly expenses from line 22c above. | 23b. | -$ | **4,619.09** |
| 23c. | Subtract your monthly expenses from your monthly income. The result is your *monthly net income.* | 23c. | $ | **-676.27** |

Debtor 1    **Alan Lee Isaacson** _____    Case number (if known) _____

24. **Do you expect an increase or decrease in your expenses within the year after you file this form?**
For example, do you expect to finish paying for your car loan within the year or do you expect your mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

&#9632; No.

&#9633; Yes.   | Explain here: **Debtor and Non-Filing Spouse are presently receiving Social Security Benefits in the total amount of $3,353.00 per month, however Social Security Benefits are excluded from current monthly income under 11 U.S.C. §101(10A).**

**Debtor(s) is presently receiving Veterans Disability Benefits in the total amount of $338.49 per month, however Veterans Disability Benefits are excluded from current monthly income under 11 U.S.C. §101(10A).**

In Re: Alan Lee Isaacson
Ch. 07

# ATTACHMENT TO SCHEDULE "J"

## Personal Expenses

| EXPLANATION FOR THE FOLLOWING ITEMS: | |
|---|---|
| FOOD: | Includes Food, Supplies, Toiletries and Cleaning Products; |
| MEDICAL: | Has Ongoing Medical Condition;<br><br>Includes Vision Care and Glasses for Debtor's Dependent; |
| TRANSPORTATION: | Older Vehicle(s) Require Substantial Maintenance & Repair<br><br>Makes Frequent Visits to the Doctor's Office |

Fill in this information to identify your case:

| | | | |
|---|---|---|---|
| Debtor 1 | **Alan Lee Isaacson** | | |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA | | |
| Case number | _____ | | |
| (if known) | | | |

☐ Check if this is an
   amended filing

---

<u>Official Form 106Dec</u>
# Declaration About an Individual Debtor's Schedules
12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

■ No

☐ Yes. Name of person _____    Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119)

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

x *Alan Lee Isaacson*                              x _____
**Alan Lee Isaacson**                               Signature of Debtor 2
Signature of Debtor 1

Date _29 Oct 2024_                                  Date _____

---

Official Form 106Dec                    Declaration About an Individual Debtor's Schedules

**Fill in this information to identify your case:**

Debtor 1    **Alan Lee Isaacson**
First Name            Middle Name            Last Name

Debtor 2
(Spouse if, filing)    First Name            Middle Name            Last Name

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number
(if known)    _____

☐ Check if this is an
amended filing

## Official Form 107
## Statement of Financial Affairs for Individuals Filing for Bankruptcy    04/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.  If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

### Part 1:  Give Details About Your Marital Status and Where You Lived Before

1.  **What is your current marital status?**

   ☐ Married
   ■ Not married

2.  **During the last 3 years, have you lived anywhere other than where you live now?**

   ■ No
   ☐ Yes. List all of the places you lived in the last 3 years. Do not include where you live now.

| Debtor 1: | Dates Debtor 1 lived there | Debtor 2 Prior Address: | Dates Debtor 2 lived there |
|---|---|---|---|
| | | | |

3.  **Within the last 8 years, did you ever live with a spouse or legal equivalent in a community property state or territory?** (*Community property states and territories* include Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington and Wisconsin.)

   ☐ No
   ■ Yes. Make sure you fill out *Schedule H: Your Codebtors* (Official Form 106H).

### Part 2    Explain the Sources of Your Income

4.  **Did you have any income from employment or from operating a business during this year or the two previous calendar years?**
   Fill in the total amount of income you received from all jobs and all businesses, including part-time activities.
   If you are filing a joint case and you have income that you receive together, list it only once under Debtor 1.

   ■ No
   ☐ Yes. Fill in the details.

| Debtor 1 | | Debtor 2 | |
|---|---|---|---|
| Sources of income Check all that apply. | Gross income (before deductions and exclusions) | Sources of income Check all that apply. | Gross income (before deductions and exclusions) |

Debtor 1    **Alan Lee Isaacson**                                    Case number (*if known*)

5. **Did you receive any other income during this year or the two previous calendar years?**
   Include income regardless of whether that income is taxable. Examples of *other income* are alimony; child support; Social Security, unemployment, and other public benefit payments; pensions; rental income; interest; dividends; money collected from lawsuits; royalties; and gambling and lottery winnings. If you are filing a joint case and you have income that you received together, list it only once under Debtor 1.

   List each source and the gross income from each source separately. Do not include income that you listed in line 4.

   ☐ No
   ■ Yes. Fill in the details.

| | Debtor 1<br>Sources of income<br>Describe below. | Gross income from<br>each source<br>(before deductions and<br>exclusions) | Debtor 2<br>Sources of income<br>Describe below. | Gross income<br>(before deductions<br>and exclusions) |
|---|---|---|---|---|
| From January 1 of current year until the date you filed for bankruptcy: | Social Security Benefits | $22,352.00 | | |
| | VA Disability Benefits | $3,385.00 | | |
| | Pension | $2,338.00 | | |
| For last calendar year:<br>(January 1 to December 31, 2023 ) | Social Security Benefits | $25,212.00 | | |
| | VA Disability Benefits | $3,946.00 | | |
| | Pension | $2,806.00 | | |
| For the calendar year before that:<br>(January 1 to December 31, 2022 ) | Social Security Benefits | $23,376.00 | | |
| | VA Disability Benefits | $3,647.00 | | |
| | Pension | $2,806.00 | | |

**Part 3:    List Certain Payments You Made Before You Filed for Bankruptcy**

6. **Are either Debtor 1's or Debtor 2's debts primarily consumer debts?**
   ☐ No.   **Neither Debtor 1 nor Debtor 2 has primarily consumer debts.** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $7,575* or more?
   ☐ No.   Go to line 7.
   ☐ Yes   List below each creditor to whom you paid a total of $7,575* or more in one or more payments and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.
   * Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.

   ■ Yes.   **Debtor 1 or Debtor 2 or both have primarily consumer debts.**
   During the 90 days before you filed for bankruptcy, did you pay any creditor a total of $600 or more?

   ☐ No.   Go to line 7.
   ■ Yes   List below each creditor to whom you paid a total of $600 or more and the total amount you paid that creditor. Do not include payments for domestic support obligations, such as child support and alimony. Also, do not include payments to an attorney for this bankruptcy case.

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|

Debtor 1    **Alan Lee Isaacson**                                                  Case number *(if known)*

| Creditor's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Was this payment for ... |
|---|---|---|---|---|
| **FREEDOM MORTGAGE CORPORATION ATTN: BANKRUPTCY 907 PLEASANT VALLEY AVE, STE 3 MT LAUREL, NJ 08054** | **Monthly 1st T.D.** | **$1,362.72** | **$190,750.09** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **UNISON / M&T Bank 650 CALIFORNIA ST STE 1800 SAN FRANCISCO, CA 94108** | **Monthly 2nd T.D. No Montly Payment Required as Payment Only Required from Sale Proceeds, if and when property is sold.** | **$0.00** | **$50,750.00** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |
| **FIGURE LENDING ATTN: BANKRUPTCY PO BOX 40534 RENO, NV 89504** | **Monthly 3rd T.D.** | **$364.70** | **$40,132.86** | ■ Mortgage<br>☐ Car<br>☐ Credit Card<br>☐ Loan Repayment<br>☐ Suppliers or vendors<br>☐ Other___ |

7. **Within 1 year before you filed for bankruptcy, did you make a payment on a debt you owed anyone who was an insider?**
   *Insiders* include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20% or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Include payments for domestic support obligations, such as child support and alimony.

   ■ No
   ☐ Yes. List all payments to an insider.

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment |
|---|---|---|---|---|

8. **Within 1 year before you filed for bankruptcy, did you make any payments or transfer any property on account of a debt that benefited an insider?**
   Include payments on debts guaranteed or cosigned by an insider.

   ■ No
   ☐ Yes. List all payments to an insider

| Insider's Name and Address | Dates of payment | Total amount paid | Amount you still owe | Reason for this payment<br>Include creditor's name |
|---|---|---|---|---|

**Part 4:**   Identify Legal Actions, Repossessions, and Foreclosures

9. **Within 1 year before you filed for bankruptcy, were you a party in any lawsuit, court action, or administrative proceeding?**
   List all such matters, including personal injury cases, small claims actions, divorces, collection suits, paternity actions, support or custody modifications, and contract disputes.

   ■ No
   ☐ Yes. Fill in the details.

| Case title<br>Case number | Nature of the case | Court or agency | Status of the case |
|---|---|---|---|

| Debtor 1 | **Alan Lee Isaacson** | | Case number *(if known)* | |

10. **Within 1 year before you filed for bankruptcy, was any of your property repossessed, foreclosed, garnished, attached, seized, or levied?**
Check all that apply and fill in the details below.

- ☑ No. Go to line 11.
- ☐ Yes. Fill in the information below.

| Creditor Name and Address | Describe the Property<br><br>Explain what happened | Date | Value of the property |
| --- | --- | --- | --- |
| | | | |

11. **Within 90 days before you filed for bankruptcy, did any creditor, including a bank or financial institution, set off any amounts from your accounts or refuse to make a payment because you owed a debt?**
- ☑ No
- ☐ Yes. Fill in the details.

| Creditor Name and Address | Describe the action the creditor took | Date action was taken | Amount |
| --- | --- | --- | --- |
| | | | |

12. **Within 1 year before you filed for bankruptcy, was any of your property in the possession of an assignee for the benefit of creditors, a court-appointed receiver, a custodian, or another official?**
- ☑ No
- ☐ Yes

## Part 5:    List Certain Gifts and Contributions

13. **Within 2 years before you filed for bankruptcy, did you give any gifts with a total value of more than $600 per person?**
- ☑ No
- ☐ Yes. Fill in the details for each gift.

| Gifts with a total value of more than $600 per person<br><br>Person to Whom You Gave the Gift and Address: | Describe the gifts | Dates you gave the gifts | Value |
| --- | --- | --- | --- |
| | | | |

14. **Within 2 years before you filed for bankruptcy, did you give any gifts or contributions with a total value of more than $600 to any charity?**
- ☑ No
- ☐ Yes. Fill in the details for each gift or contribution.

| Gifts or contributions to charities that total more than $600<br>Charity's Name<br>**Address** (Number, Street, City, State and ZIP Code) | Describe what you contributed | Dates you contributed | Value |
| --- | --- | --- | --- |
| | | | |

## Part 6:    List Certain Losses

15. **Within 1 year before you filed for bankruptcy or since you filed for bankruptcy, did you lose anything because of theft, fire, other disaster, or gambling?**

- ☑ No
- ☐ Yes. Fill in the details.

| Describe the property you lost and how the loss occurred | Describe any insurance coverage for the loss<br><br>Include the amount that insurance has paid. List pending insurance claims on line 33 of *Schedule A/B: Property*. | Date of your loss | Value of property lost |
| --- | --- | --- | --- |
| | | | |

## Part 7:    List Certain Payments or Transfers

16. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone you consulted about seeking bankruptcy or preparing a bankruptcy petition?**
Include any attorneys, bankruptcy petition preparers, or credit counseling agencies for services required in your bankruptcy.

- ☐ No
- ☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
| --- | --- | --- | --- |
| | | | |

Debtor 1   **Alan Lee Isaacson**                                          Case number *(if known)*

| Person Who Was Paid<br>Address<br>Email or website address<br>Person Who Made the Payment, if Not You | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Law Offices of Alec Harshey**<br>**901 S. State Street, Suite 400**<br>**Hemet, CA 92543** | **Money Paid for Attorney Fees - Costs Fees Paid Separately** | 08/16/24 | $1,600.00 |
| **001 Debtorcc Inc.**<br>**372 Summit Avenue**<br>**www.debtorcc.org**<br>**Jersey City, NJ 07306**<br>**www.debtorcc.org** | **Money Paid for Credit Counseling** | 10/2024 | $19.95 |

17. **Within 1 year before you filed for bankruptcy, did you or anyone else acting on your behalf pay or transfer any property to anyone who promised to help you deal with your creditors or to make payments to your creditors?**
Do not include any payment or transfer that you listed on line 16.

☐ No
☑ Yes. Fill in the details.

| Person Who Was Paid<br>Address | Description and value of any property transferred | Date payment or transfer was made | Amount of payment |
|---|---|---|---|
| **Global Holdings, LLC**<br>**15 W. 6th Street**<br>**Tulsa, OK 74119** | **Monthly Payments for Consumer Credit Counselint Plan** | 2024 - 07/2024 | Unknown |

18. **Within 2 years before you filed for bankruptcy, did you sell, trade, or otherwise transfer any property to anyone, other than property transferred in the ordinary course of your business or financial affairs?**
Include both outright transfers and transfers made as security (such as the granting of a security interest or mortgage on your property). Do not include gifts and transfers that you have already listed on this statement.

☐ No
☑ Yes. Fill in the details.

| Person Who Received Transfer<br>Address<br><br>Person's relationship to you | Description and value of property transferred | Describe any property or payments received or debts paid in exchange | Date transfer was made |
|---|---|---|---|
| **Auto Shares Brokerage Account**<br>**2300 Wilson Blvd., Suite 700**<br>**Arlington, VA 22201**<br><br>**No Relation** | **Varioius Purchase and Sales of Stocks through the Brokerage Account in the last 2 years.  Debtor does not presently own any stocks or other securities.** | **Account Opened in or around May, 2024 and Closed June 11, 2024 Total Loss $659.00** | **05/2024 through 06/2024** |

19. **Within 10 years before you filed for bankruptcy, did you transfer any property to a self-settled trust or similar device of which you are a beneficiary?** (These are often called *asset-protection devices*.)

☑ No
☐ Yes. Fill in the details.

| Name of trust | Description and value of the property transferred | Date Transfer was made |
|---|---|---|

Debtor 1    **Alan Lee Isaacson**                                          Case number *(if known)* _____

---

**Part 8:**    List of Certain Financial Accounts, Instruments, Safe Deposit Boxes, and Storage Units

20. **Within 1 year before you filed for bankruptcy, were any financial accounts or instruments held in your name, or for your benefit, closed, sold, moved, or transferred?**
Include checking, savings, money market, or other financial accounts; certificates of deposit; shares in banks, credit unions, brokerage houses, pension funds, cooperatives, associations, and other financial institutions.

☐ No
■ Yes. Fill in the details.

| Name of Financial Institution and Address (Number, Street, City, State and ZIP Code) | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| **Auto Shares**<br>**2300 Wilson Blvd, Suite 700**<br>**Arlington, VA 22201** | **XXXX-4915** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | **06/11/24** | **$4,150.55** |
| **Global Holdings LLC**<br>**15 W. 6th Street**<br>**Tulsa, OK 74119** | **XXXX-** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>■ Other  **Credit Consolidation Account** | **07/2024** | **$1,146.05** |

21. **Do you now have, or did you have within 1 year before you filed for bankruptcy, any safe deposit box or other depository for securities, cash, or other valuables?**

■ No
☐ Yes. Fill in the details.

| Name of Financial Institution<br>Address (Number, Street, City, State and ZIP Code) | Who else had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

22. **Have you stored property in a storage unit or place other than your home within 1 year before you filed for bankruptcy?**

■ No
☐ Yes. Fill in the details.

| Name of Storage Facility<br>Address (Number, Street, City, State and ZIP Code) | Who else has or had access to it?<br>Address (Number, Street, City, State and ZIP Code) | Describe the contents | Do you still have it? |
|---|---|---|---|
| | | | |

---

**Part 9:**    Identify Property You Hold or Control for Someone Else

23. **Do you hold or control any property that someone else owns? Include any property you borrowed from, are storing for, or hold in trust for someone.**

■ No
☐ Yes.  Fill in the details.

| Owner's Name<br>Address (Number, Street, City, State and ZIP Code) | Where is the property?<br>(Number, Street, City, State and ZIP Code) | Describe the property | Value |
|---|---|---|---|
| | | | |

Debtor 1    **Alan Lee Isaacson**                                    Case number *(if known)*

**Part 10:**    **Give Details About Environmental Information**

For the purpose of Part 10, the following definitions apply:

- *Environmental law* means any federal, state, or local statute or regulation concerning pollution, contamination, releases of hazardous or toxic substances, wastes, or material into the air, land, soil, surface water, groundwater, or other medium, including statutes or regulations controlling the cleanup of these substances, wastes, or material.
- *Site* means any location, facility, or property as defined under any environmental law, whether you now own, operate, or utilize it or used to own, operate, or utilize it, including disposal sites.
- *Hazardous material* means anything an environmental law defines as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, contaminant, or similar term.

Report all notices, releases, and proceedings that you know about, regardless of when they occurred.

24.   Has any governmental unit notified you that you may be liable or potentially liable under or in violation of an environmental law?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

25.   Have you notified any governmental unit of any release of hazardous material?

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Name of site<br>Address (Number, Street, City, State and ZIP Code) | Governmental unit<br>Address (Number, Street, City, State and ZIP Code) | Environmental law, if you know it | Date of notice |
|---|---|---|---|
| | | | |

26.   Have you been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.

   ■ **No**
   ☐ **Yes. Fill in the details.**

| Case Title<br>Case Number | Court or agency<br>Name<br>Address (Number, Street, City, State and ZIP Code) | Nature of the case | Status of the case |
|---|---|---|---|
| | | | |

**Part 11:**    **Give Details About Your Business or Connections to Any Business**

27.   Within 4 years before you filed for bankruptcy, did you own a business or have any of the following connections to any business?

   ☐ A sole proprietor or self-employed in a trade, profession, or other activity, either full-time or part-time

   ☐ A member of a limited liability company (LLC) or limited liability partnership (LLP)

   ☐ A partner in a partnership

   ☐ An officer, director, or managing executive of a corporation

   ☐ An owner of at least 5% of the voting or equity securities of a corporation

   ■ No. None of the above applies.  Go to Part 12.

   ☐ Yes. Check all that apply above and fill in the details below for each business.

| Business Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Describe the nature of the business<br><br>Name of accountant or bookkeeper | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

Debtor 1    **Alan Lee Isaacson**

Case number (*if known*)

---

28. **Within 2 years before you filed for bankruptcy, did you give a financial statement to anyone about your business? Include all financial institutions, creditors, or other parties.**

    ■ **No**
    ☐ **Yes. Fill in the details below.**

| Name<br>Address<br>(Number, Street, City, State and ZIP Code) | Date Issued |
|---|---|
| | |

Debtor 1   **Alan Lee Isaacson** _____          Case number *(if known)* _____

---

**Part 12:   Sign Below**

I have read the answers on this *Statement of Financial Affairs* and any attachments, and I declare under penalty of perjury that the answers are true and correct. I understand that making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. **18 U.S.C. §§ 152, 1341, 1519, and 3571.**

_Alan Lee Isaacson_ (signature)                              _____

**Alan Lee Isaacson**                                         **Signature of Debtor 2**
**Signature of Debtor 1**

Date   29 Oct 2024                                          Date   _____

Did you attach additional pages to *Your Statement of Financial Affairs for Individuals Filing for Bankruptcy* (Official Form 107)?

■ No
☐ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out bankruptcy forms?

■ No
☐ Yes. Name of Person _____. Attach the *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alan Lee Isaacson** |
| | First Name_____ Middle Name_____ Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name_____ Middle Name_____ Last Name |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | _____ |

☐ Check if this is an amended filing

## Official Form 108
## Statement of Intention for Individuals Filing Under Chapter 7          12/15

**If you are an individual filing under chapter 7, you must fill out this form if:**

■ **creditors have claims secured by your property, or**

■ **you have leased personal property and the lease has not expired.**

**You must file this form with the court within 30 days after you file your bankruptcy petition or by the date set for the meeting of creditors, whichever is earlier, unless the court extends the time for cause. You must also send copies to the creditors and lessors you list on the form**

**If two married people are filing together in a joint case, both are equally responsible for supplying correct information. Both debtors must sign and date the form.**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known).**

**Part 1:    List Your Creditors Who Have Secured Claims**

1. **For any creditors that you listed in Part 1 of Schedule D: Creditors Who Have Claims Secured by Property (Official Form 106D), fill in the information below.**

| Identify the creditor and the property that is collateral | What do you intend to do with the property that secures a debt? | Did you claim the property as exempt on Schedule C? |
|---|---|---|
| Creditor's name: **FIGURE LENDING**<br><br>Description of property securing debt: **Home Equity Line Secured on Single Family Residence Located at: 2627 Peach Tree St. Hemet, CA 92545** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain collateral and continue to make regular payments.** | ☐ No<br><br>■ Yes |
| Creditor's name: **FREEDOM MORTGAGE CORPORATION**<br><br>Description of property securing debt: **First Mortgage on Single Family Residence Located at: 2627 Peach Tree St., Hemet, CA 92545** | ☐ Surrender the property.<br>☐ Retain the property and redeem it.<br>☐ Retain the property and enter into a *Reaffirmation Agreement.*<br>■ Retain the property and [explain]:<br>**Debtor will retain collateral by paying off remaining balance.** | ☐ No<br><br>■ Yes |
| Creditor's name: **SUNNOVA** | ☐ Surrender the property. | ☐ No |

Debtor 1 __Alan Lee Isaacson__                                    Case number (if known) _____

name:

| | |
|---|---|
| ☐ Retain the property and redeem it. | ■ Yes |
| ☐ Retain the property and enter into a *Reaffirmation Agreement*. | |
| ■ Retain the property and [explain]: | |

Description of property securing debt: **Solar Panels, Inverter and Solar Equipment, which is subject to a 25 Year Lease Agreement - Secured with UCC1. (No Vale to Debtor.)**

**Debtor will retain collateral and continue to make regular payments.**

---

Creditor's name: **UNISON / M&T Bank**

Description of property securing debt: **Second Mortgage on Single Family Residence Located at: 2627 Peach Tree St. Hemet, CA 92545 (Owed Thru Sale Proceed Sharing Program if and when the property is sold.)**

| | |
|---|---|
| ☐ Surrender the property. | ☐ No |
| ☐ Retain the property and redeem it. | |
| ☐ Retain the property and enter into a *Reaffirmation Agreement*. | ■ Yes |
| ■ Retain the property and [explain]: | |

**Debtor will retain collateral and will pay if and when the property is sold.**

---

**Part 2:   List Your Unexpired Personal Property Leases**

For any unexpired personal property lease that you listed in Schedule G: Executory Contracts and Unexpired Leases (Official Form 106G), fill in the information below. Do not list real estate leases. Unexpired leases are leases that are still in effect; the lease period has not yet ended. You may assume an unexpired personal property lease if the trustee does not assume it. 11 U.S.C. § 365(p)(2).

Describe your unexpired personal property leases                                    Will the lease be assumed?

Lessor's name:       **Sunnova**

☐ No

■ Yes

Description of leased Property: **Independent solar energy producer contract. Debtor's are responsible for making monthly lease and/or electricity payments to Sunnova for the term of the 25 Year Lease Agreement.**

**This agreement is secured by a UCC1, not on debtor's property.**

---

**Part 3:   Sign Below**

Under penalty of perjury, I declare that I have indicated my intention about any property of my estate that secures a debt and any personal property that is subject to an unexpired lease.

X _*Alan Lee Isaacson*_                           X _____
**Alan Lee Isaacson**                                    Signature of Debtor 2
Signature of Debtor 1

Date  29 05 24                                    Date _____

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **ALEC HARSHEY, ESQ.** <br> **901 S. STATE STREET, SUITE 400** <br> **HEMET, CA 92543** <br> **(951) 658-2168** <br> **CA BAR #76712 CA** <br> **(951)658-3155** <br> **alecharshey@verizon.net** | |

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re: <br><br> **Alan Lee Isaacson** <br><br><br> Debtor(s). | Case No.: <br> CHAPTER: 7 <br><br> **DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION ARRANGEMENT IN INDIVIDUAL CHAPTER 7 CASE** <br> [LBR 2090-1(a)(3)] |
|---|---|

1. **Compensation Arrangement.** Pursuant to 11 U.S.C. § 329(a), FRBP 2016(b), and LBR 2090-1(a)(3) and (4), I disclose that:

   a. I am the attorney for the Debtor.

   b. Compensation that was paid to me, within one year before the petition was filed, or was agreed to be paid to me, for services rendered or to be rendered on behalf of the Debtor in contemplation of or in connection with this bankruptcy case, is as follows:

      i. For legal services, I have agreed to accept ☐ an hourly rate of $ _____ or a ■ flat fee of $ __1,600.00__
      ii. Prior to filing this disclosure I have received $__1,600.00__
      iii. The balance due is $__0.00__

2. $__338.00__ of the filing fee has been paid.

3. **Source of Compensation Paid Postpetition (Postpetition Compensation).**

   a. **Already Paid.** The source(s) of the Postpetition Compensation paid to me was:

      ■ Debtor      ☐ Other (specify):

   b. **To be Paid.** The source(s) of the Postpetition Compensation to be paid to me is:

      ■ Debtor      ☐ Other (specify):

4. **Sharing of Compensation Paid Postpetition.**

   ■ I have not agreed to share Postpetition Compensation with any other person unless they are members or regular associates of my law firm within the meaning of FRBP 9001(10).

   ☐ I have agreed to share Postpetition Compensation with other person or persons who are not members or regular associates of my law firm within the meaning of FRBP 9001(10). Attached as Exhibit A is a copy of the agreement and a list of the names of the people sharing in the Postpetition Compensation.

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                    Page 1                      **F 2090-1.CH7.ATTY.COMP.DISCLSR**

5. **Limited Scope of Services.** A limited scope of appearance is permitted under LBR 2090-1(a)(3), unless otherwise required by the presiding judge. In return for the fee disclosed above, I have agreed to provide the required legal services indicated below in paragraph "a", and, if any are indicated, the additional services checked in paragraph "4.b".

   a. **Services required to be provided:**
      i.   Analysis of the Debtor's financial situation, and advice to the Debtor in determining whether to file a bankruptcy petition;
      ii.  Preparation and filing of any petition, lists, schedules and statements and any other required case commencement documents; and
      iii. Representation of the Debtor at the initial § 341(a) meeting of creditors.

   b. ■ **Additional legal services I will provide:**
      i.   ☐ Any proceeding related to relief from stay motions.
      ii.  ☐ Any proceeding involving an objection to the Debtor's discharge pursuant to 11 U.S.C. § 727.
      iii. ☐ Any proceeding to determine whether a specific debt is nondischargeable under 11 U.S.C. § 523.
      iv.  ☐ Reaffirmation of a debt.
      v.   ☐ Any lien avoidance under 11 U.S.C. § 522(f)
      vi.  ■ Other (specify): *** See Attachment Hereto for Services NOT Included***

6. If in the future I agree to represent the Debtor in additional matters, I will complete and file the Attorney's Disclosure of Postpetition Compensation, LBR form F 2016-1.4.ATTY.COMP.DISCLSR.

---

**DECLARATION OF ATTORNEY FOR THE DEBTOR**

I declare under penalty of perjury that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the Debtor in this bankruptcy case

Date: 10/29/24

_____
Signature of attorney for the Debtor
**ALEC HARSHEY, ESQ.**
Printed name of attorney
**LAW OFFICES OF ALEC HARSHEY**
Printed name of law firm

---

**DECLARATION OF THE DEBTOR**

I/we declare under penalty of perjury that my attorney has explained to me/us the limited scope of representation as outlined above. I/we understand that I/we have paid or agreed to pay solely for the required services listed in paragraph 4a, and the additional services (if any) that are checked off in paragraph 4b above, and that I/we am representing myself/ourselves for any other proceedings unless a new agreement is reached with an attorney.

Date: 29/10/24                              Date: _____

_____                  _____
Signature of Debtor 1                      Signature of Debtor 2 (Joint Debtor) (if applicable)
**Alan Lee Isaacson**
Printed name of Debtor 1                   Printed name of Debtor 2

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                              Page 2                    F 2090-1.CH7.ATTY.COMP.DISCLSR

In Re:  Alan Lee Isaacson
Ch. 07

# ATTACHMENT TO:
# DEBTOR'S ATTORNEY'S DISCLOSURE OF COMPENSATION
# Re:  LIMITED SCOPE OF APPEARANCE

**I.  Services Paid for Also Include:**
      1.      Consultation and analysis of Debtors' finances included;


**II.  Fees Paid Do NOT Cover and Attorney Was NOT HIRED for Any Other Services Including, but Not Limited To:**

Including, but not limited to:
-Representation at any continued meeting of creditors due to client's failure to appear or failure to provide required documentation or acceptable identification;
-Any Amendments due to client's oversight, excusable neglect or failure to provide;
-Preparation of Reaffirmation Agreements, unless specifically included in fees;
-Hearings on Reaffirmation Agreements;
-Preparation of Redemption Agreements/Motions Hearings on Redemption Agreements/Motion;
-Negotiations of Reaffirmation Agreements or Appearance(s) at Hearings Regarding Reaffirmation Agreements;
-Preparation, filing, or objecting to Proof of Claims, when appropriate, if applicable;
-Representation in a Motion to Dismiss or Convert debtor's case;
-Motion to Reinstate or Extend the Automatic Stay;
-Motion or other proceedings to enforce the Automatic Stay or Discharge Injunction;
-Negotiations with Chapter 7 Trustee in aid in resolving nonexempt asset, turnover or asset administration issues;
-Any Motion to Avoid Lien;
-The Bringing of a Complaint to Determine Dischargeability of Any Debt;
-The Bringing of a Motion to Compel Trustee to Abandon Real or Personal Property;
-Representation of the Debtors in Any Dischargeability Actions, Judicial Lien Avoidances, Relief from Stay Actions or Any Other Adversary Proceeding;
-Defense of Any Objections to Claim of Exemptions;
-Filing or responding to an Appeal;
-An audit of the debtor's case conducted by a contract auditor pursuant to 28 U.S.C. Section 586(f);
-Any Adversary Proceeding against Debtor(s);
-Any Complaints regarding Revocation of Discharge;
-Any Services not Specifically Set Forth in Debtor's Limited Scope of Appearance
  Pursuant to Bankruptcy Rule 2090-1 filed herewith.

**Fill in this information to identify your case:**

Debtor 1 **Alan Lee Isaacson**

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Central District of California

Case number
(if known)

**Check one box only as directed in this form and in Form 122A-1Supp:**

☑ 1. There is no presumption of abuse

☐ 2. The calculation to determine if a presumption of abuse applies will be made under *Chapter 7 Means Test Calculation* (Official Form 122A-2).

☐ 3. The Means Test does not apply now because of qualified military service but it could apply later.

☐ Check if this is an amended filing

# Official Form 122A - 1
# Chapter 7 Statement of Your Current Monthly Income
**12/19**

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for being accurate. If more space is needed, attach a separate sheet to this form. Include the line number to which the additional information applies. On the top of any additional pages, write your name and case number (if known). If you believe that you are exempted from a presumption of abuse because you do not have primarily consumer debts or because of qualifying military service, complete and file *Statement of Exemption from Presumption of Abuse Under § 707(b)(2)* (Official Form 122A-1Supp) with this form.

## Part 1:    Calculate Your Current Monthly Income

1. **What is your marital and filing status?** Check one only.

   ☐ **Not married**. Fill out Column A, lines 2-11.

   ☐ **Married and your spouse is filing with you.** Fill out both Columns A and B, lines 2-11.

   ☑ **Married and your spouse is NOT filing with you.** You and your spouse are:

      ☑ **Living in the same household and are not legally separated.** Fill out both Columns A and B, lines 2-11.

      ☐ **Living separately or are legally separated.** Fill out Column A, lines 2-11; do not fill out Column B. By checking this box, you declare under penalty of perjury that you and your spouse are legally separated under nonbankruptcy law that applies or that you and your spouse are living apart for reasons that do not include evading the Means Test requirements. 11 U.S.C § 707(b)(7)(B).

   Fill in the average monthly income that you received from all sources, derived during the 6 full months before you file this bankruptcy case. 11 U.S.C. § 101(10A). For example, if you are filing on September 15, the 6-month period would be March 1 through August 31. If the amount of your monthly income varied during the 6 months, add the income for all 6 months and divide the total by 6. Fill in the result. Do not include any income amount more than once. For example, if both spouses own the same rental property, put the income from that property in one column only. If you have nothing to report for any line, write $0 in the space.

| | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 2. | **Your gross wages, salary, tips, bonuses, overtime, and commissions** (before all payroll deductions). | $         **0.00** | $         **0.00** |
| 3. | **Alimony and maintenance payments.** Do not include payments from a spouse if Column B is filled in. | $         **0.00** | $         **0.00** |
| 4. | **All amounts from any source which are regularly paid for household expenses of you or your dependents, including child support.** Include regular contributions from an unmarried partner, members of your household, your dependents, parents, and roommates. Include regular contributions from a spouse only if Column B is not filled in. Do not include payments you listed on line 3. | $         **0.00** | $         **0.00** |

5. **Net income from operating a business, profession, or farm**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $  **0.00** | | |
| Ordinary and necessary operating expenses | -$  **0.00** | | |
| Net monthly income from a business, profession, or farm $ **0.00**  Copy here -> | $         **0.00** | $         **0.00** |

6. **Net income from rental and other real property**

| | Debtor 1 | | |
|---|---|---|---|
| Gross receipts (before all deductions) | $  **0.00** | | |
| Ordinary and necessary operating expenses | -$  **0.00** | | |
| Net monthly income from rental or other real property $ **0.00**  Copy here -> | $         **0.00** | $         **0.00** |

| 7. | **Interest, dividends, and royalties** | $         **0.00** | $         **0.00** |
|---|---|---|---|

Debtor 1     Alan Lee Isaacson                                          Case number (if known) _____

|  | | Column A<br>Debtor 1 | Column B<br>Debtor 2 or<br>non-filing spouse |
|---|---|---|---|
| 8. **Unemployment compensation** | | $       0.00 | $       0.00 |

Do not enter the amount if you contend that the amount received was a benefit under the Social Security Act. Instead, list it here:

| For you | $ | 2,127.00 |
| For your spouse | $ | 1,226.00 |

9. **Pension or retirement income.** Do not include any amount received that was a benefit under the Social Security Act. Also, except as stated in the next sentence, do not include any compensation, pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If you received any retired pay paid under chapter 61 of title 10, then include that pay only to the extent that it does not exceed the amount of retired pay to which you would otherwise be entitled if retired under any provision of title 10 other than chapter 61 of that title.

|  | | $     233.83 | $       0.00 |

10. **Income from all other sources not listed above.** Specify the source and amount. Do not include any benefits received under the Social Security Act; payments received as a victim of a war crime, a crime against humanity, or international or domestic terrorism; or compensation  pension, pay, annuity, or allowance paid by the United States Government in connection with a disability, combat-related injury or disability, or death of a member of the uniformed services. If necessary, list other sources on a separate page and put the total below..

| VA Disability | $     338.49 | $       0.00 |
| Medicare Allotment (Debit Card) | $     150.00 | $       0.00 |
| Total amounts from separate pages, if any. | + $       0.00 | $       0.00 |

11. **Calculate your total current monthly income.** Add lines 2 through 10 for each column. Then add the total for Column A to the total for Column B.

$     722.32    +  $       0.00    =  $     722.32

**Total current monthly income**

| Part 2: | Determine Whether the Means Test Applies to You |

12. **Calculate your current monthly income for the year.** Follow these steps:

12a. Copy your total current monthly income from line 11 _____ Copy line 11 here=>     $     722.32

Multiply by 12 (the number of months in a year)      x 12

12b. The result is your annual income for this part of the form      12b.  $   8,667.84

13. **Calculate the median family income that applies to you.** Follow these steps:

Fill in the state in which you live.     [ CA ]

Fill in the number of people in your household.     [ 2 ]

Fill in the median family income for your state and size of household.     13.  $  96,600.00
To find a list of applicable median income amounts, go online using the link specified in the separate instructions for this form. This list may also be available at the bankruptcy clerk's office.

14. **How do the lines compare?**

14a.  ☑ Line 12b is less than or equal to line 13. On the top of page 1, check box 1, *There is no presumption of abuse.*
Go to Part 3. Do NOT fill out or file Official Form 122A-2.

14b.  ☐ Line 12b is more than line 13. On the top of page 1, check box 2, *The presumption of abuse is determined by Form 122A-2.*
Go to Part 3 and fill out Form 122A-2.

| Part 3: | Sign Below |

By signing here, I declare under penalty of perjury that the information on this statement and in any attachments is true and correct.

x _Alan Isaacson_

Alan Lee Isaacson
Signature of Debtor 1

Debtor 1    **Alan Lee Isaacson**                                                    Case number (*if known*)

Date    10 / 29 / 2024
        MM / DD / YYYY

If you checked line 14a, do NOT fill out or file Form 122A-2.

If you checked line 14b, fill out Form 122A-2 and file it with this form.

Attorney or Party Name, Address, Telephone & FAX Nos.,
State Bar No. & Email Address
**ALEC HARSHEY, ESQ.**
**901 S. STATE STREET, SUITE 400**
**HEMET, CA 92543**
**(951) 658-2168 Fax: (951)658-3155**
California State Bar Number: CA BAR #76712 CA
alecharshey@verizon.net

FOR COURT USE ONLY

☐  *Debtor(s) appearing without an attorney*

■  *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

In re:

    **Alan Lee Isaacson**

CASE NO.:

CHAPTER: **7**

### VERIFICATION OF MASTER
### MAILING LIST OF CREDITORS

**[LBR 1007-1(a)]**

Debtor(s).

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __4__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: _29 Oct 2024_

_Alan Isaacson_
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: _10/29/24_

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*
**F 1007-1.MAILING.LIST.VERIFICATION**

```
ALEC HARSHEY  ESQ
LAW OFFICES OF ALEC HARSHEY
901 S STATE STREET  SUITE 400
HEMET  CA 92543


AMERICAN TITLE INC
11010 BURDETTE ST
PO BOX 641010
OMAHA, NE 68164


BCHH INC - CA
181 MONTOUR RUN RD
CORAOPOLIS, PA 15108


CAPITAL MANAGEMENT SERVICES  LP
698 1/2 SOUTH OGDEN STREET
BUFFALO, NY 14206-2317


CAPITAL MANAGEMENT SERVICES  LP
P O BOX 964
BUFFALO, NY 14220-0120


CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130


CAPITAL ONE
ATTN BANKRUPTCY
PO BOX 30285
SALT LAKE CITY, UT 84130-0285


CAPITAL ONE
PO BOX 31293
SALT LAKE CITY, UT 84131
```

CITI CARDS
PO BOX 6500
SIOUX FALLS, SD 57117


CITI CARDS
PO BOX 6004
SIOUX FALLS, SD 57117-6004


DEPARTMENT OF VETERAN AFFAIRS
VA REGIONAL LOAN CENTER
3333 N CENTRAL AVE
PHOENIX, AZ 85012


DISCOVER
PO BOX 30421
SALT LAKE CITY, UT 84130-0421


DISCOVER FINANCIAL
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054


DISCOVER FINANCIAL
PO BOX 30939
SALT LAKE CITY, UT 84130


DISCOVER/CAPITAL MANAGEMENT
ATTN BANKRUPTCY
PO BOX 3025
NEW ALBANY, OH 43054


FIGURE LENDING
ATTN BANKRUPTCY
PO BOX 40534
RENO, NV 89504

```
FIGURE LENDING LLC
650 S TRYON ST 8TH FL
CHARLOTTE, NC 28202


FREEDOM MORTGAGE
PO BOX 619063
DALLAS, TX 75261-9063


FREEDOM MORTGAGE CORPORATION
ATTN BANKRUPTCY
907 PLEASANT VALLEY AVE  STE 3
MT LAUREL, NJ 08054


FREEDOM MORTGAGE CORPORATION
11988 EXIT 5 PRKWY BLDG
FISHERS, IN 46037


GLORIA ISAACSON
2627 PEACH TREE ST
HEMET, CA 92545


MCM
ATTN  CONSUMER SUPPORT SERVICES
320 E BIG BEAVER RD STE 300
TROY, MI 48083


MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA
SAN DIEGO, CA 92108


MIDLAND CREDIT MANAGEMENT
P O  BOX 301030
LOS ANGELES, CA 90030-1030
```

```
MIDLAND CREDIT MANAGEMENT
350 CAMINO DE LA REINA STE 100
SAN DIEGO, CA 92108


STEWART TITLE GUARANTY CO CA
1980 POST OAK BLVD STE R2B
HOUSTON, TX 77056


SUNNOVA
20 EAST GREENWAY PLAZA STE 475
HOUSTON, TX 77046


SUNNOVA
20 EAST GREENWAY PLAZA STE  475
HOUSTON, TX 77046


SUNOVA TE MANAGMENT LLC
C/O LIEN SOLUTIONS
PO BOX 29071
GLENDALE, CA 91209-9071


UNISON / M&T BANK
650 CALIFORNIA ST STE 1800
SAN FRANCISCO, CA 94108
```